UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

DYLAN BRYCE BAKER, ET AL.,

DEFENDANTS.

CASE NO. 5:25-CR-000103-CHB-MAS

*Electronically Filed*

**DEFENDANT DYLAN BAKER'S MOTION TO TRAVEL**

Defendant, Dylan Baker, by counsel, hereby requests that the Court modify his bail restrictions to allow him to travel to the Western District of Kentucky and to leave the Commonwealth of Kentucky, on the following dates, for the following reasons:

1. Mr. Baker's cousin's wedding is the weekend of Friday, September 4 through Sunday, September 6. Mr. Baker is the best man in this wedding.

2. The wedding is at the following address:

Tate Farms
372 Youngs Ferry Road
Roundhill, Kentucky 42275

3. Mr. Baker's long-time close family friend's wedding is the weekend of Friday, September 11 through Sunday, September 13.

4. The wedding is at the following address:

Middleton Place
4300 Ashley River Road
Charleston, South Carolina 29414

Mr. Baker is currently under bail restrictions requiring that he not leave the Eastern District of Kentucky without written permission from the Court. Furthermore, based on his

charges, Mr. Baker's furlough does not create a danger to the community or himself. The United States has no objection to Mr. Baker's travel.

For the above stated reasons, Mr. Baker respectfully requests that his bail be modified to allow him to travel for the specific purposes set forth above.

*/s/ Michael M. Denbow*
Michael M. Denbow
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
Email: mdenbow@stites.com

Francisco J. Gaviria (*Pro Hac Vice*)
Frank J. Gaviria Law Office
14 N.E. 1st Avenue, Suite 301
Miami, FL 33132
Phone: (305) 379-4441
Email: frank@fjgfirm.com

*Counsel for Defendant, Dylan Baker*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

*/s/ Michael M. Denbow*
**Counsel for Defendant, Dylan Baker**